UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:19-cr-00155-GZS |
| | ) | |
| DUSTIN BEACH | ) | |
| | ) | |
| Defendant | ) | |

SPEEDY TRIAL ORDER PER THE COURT'S 6/03/2020
GENERAL ORDER 2020-8

This matter comes before the Court upon the Court's own motion to continue this case. The Court finds that due to the declaration of a public health emergency arising out of the Coronavirus disease (COVID-19) outbreak, announced by the World Health Organization, and on the advice of the Centers for Disease Control and Prevention (CDC) and other health authorities, the Court must take precautions to reduce the possibility of exposure to the COVID-19 virus and to slow the spread of the disease.

In light of the global outbreak of COVID-19 and its far-reaching impact on public health, the Court finds that a continuance in this case is necessary to reduce any exposure to the disease.

Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the Court can and does find that the ends of justice served by a continuance in this case outweigh the best interests of the public and the defendant in a speedy trial.

The Court hereby orders:

1. The time between July 6, 2020 and August 3, 2020 is hereby excluded from calculations under the Speedy Trial Act, Title 18, United States Code, Section 3161 *et seq.*

2. The case will be placed on a trial list following resolution of the pending Motion to Suppress.

**SO ORDERED.**

Dated this 5th day of June, 2020.

                                                    /s/George Z. Singal  
                                                    George Z. Singal  
                                                    U.S. District Judge

Case 2:19-cr-00155-GZS   Document 51   Filed 06/05/20   Page 2 of 2   PageID #: 107