***FEDERAL DEFENDER***
**District of Maine**
P.O. Box 595
Portland, ME 04112-0595

| | |
|---|---|
| **Federal Defender** | Telephone: 207-553-7070 ext. 101 |
| **David Beneman** | Fax: 207-553-7017 |
| | E-Mail: David_Beneman@fd.org |

July 7, 2020

**RE: U.S. v. Dustin Beach, #2:19-cr-155-GZS**

Clerk of Court
U.S. District Court, District of Maine
156 Federal Street
Portland, ME 04101

Re: *United States v. Dustin Beach*, 2:19-cr-155-GZS

Dear Clerk,

      Enclosed for the court is a disk containing Defendant's Suppression Motion Exhibits 4 and 6. These could not be filed in ECF but were referenced by placeholders to the REPLY TO THE GOVERNMENT OBJECTION TO MOTION TO SUPPRESS STATEMENTS OBTAINED IN VIOLATION OF THE 5TH AMENDMENT filed by the Defendant on June 30, 2020, ECF No. 55-1 and 55-3.

- Exhibit 4 is a 6 minute 40 second video clip in .mp4 file format.
- Exhibit 6 is a 2 minute 18 second audio clip in .m4a file format.

Sincerely,
/s/ *David Beneman*
David Beneman

enc.

CC w/enc. Michael Conley, AUSA